**Stephen P. Rickles,** OSB #79361
strickles@aol.com
THE RICKLES LAW FIRM, PC
One SW Columbia Street, Suite 1850
Portland, Oregon 97258-2001
Telephone: 503.229.1850
Facsimile: 503.229.1856
   Attorneys for Defendant

FILED'06 AUG 15 11:12 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JEFFREY GOETZ,** | |
| Plaintiff, | Case No. CV06 784 ST |
| v. | **STIPULATED ORDER GRANTING DEFENDANT'S MOTION TO ABATE FOR BINDING ARBITRATION** |
| **GRESHAM NISSAN SUBARU, INC.,** aka **GRESHAM NISSAN, INC.,** an Oregon corporation, | |
| Defendant. | |

Based upon the motion of the defendant to abate and refer all claim to binding arbitration, pursuant to the prior written agreement of the parties, the parties hereby stipulate and agree that this case is appropriate for arbitration; that the case be abated for binding arbitration by an arbitrator mutually

acceptable to both parties, and that the judgment of the arbitrator be forwarded to the court at a later date for entry as a judgment in this matter.

IT IS SO STIPULATED:


/s/ Scott C.G. Blankenship
Scott C.G. Blankenship, OSB #06022
Attorney for Plaintiff


/s/ Stphen P. Rickles
Stephen P. Rickles, OSB #79361
Attorney for Defendant


       IT IS SO ORDERED.

       DATED this 15th day of August, 2006


                                       Honorable Janice M. Stewart
                                       United States Magistrate Judge

Submitted by:
Stephen P. Rickles, OSB #79361
Attorney for Defendant